UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRIEDA MANERI, MICHAEL MANERI,

                Plaintiff,

-vs-                                        Case No.  2:11-cv-366-FtM-36SPC

NATIONAL RAILROAD PASSENGER
CORPORATION, a District of Columbia
corporation doing business as AMTRAK, CSZ
TRANSPORTATION, INC. ,

                Defendants.
_____

## ORDER

This matter comes before the Court on the Plaintiffs, Freida and Michael Maneri's Unopposed Motion for Enlargement of Time to Hold Case Management Meeting and to File Case Management Report (Doc. #25) filed on July 21, 2011.  Pursuant to M.D. Fla. Local Rule 3.01(g), the Plaintiffs conferred with the Defendants who do not oppose the requested relief.  The Parties move the Court to enlarge the time to file their Case Management Report up to and including July 25, 2011.  On July 25, 2011, the Parties filed their Case Management Report (Doc. #25) with the Court.  Thus, the Motion is due to be granted *nunc pro tunc*.

Accordingly, it is now

**ORDERED:**

The Plaintiffs, Freid and Michael Maneri's Unopposed Motion for Enlargement of Time to Hold Case Management Meeting and to File Case Management Report (Doc. #25) is **GRANTED** *nunc pro tunc*.

**DONE AND ORDERED** at Fort Myers, Florida, this 27th day of July, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record